In the Matter of GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, Appellant, against ALFRED J. BOHLINGER, as Superintendent of Insurance of the State of New York, Respondent.

Submitted February 21, 1955; decided February 28, 1955.

Motion for reargument denied, with $10 costs and necessary printing disbursements. [See 308 N. Y. 174.]